**Order filed January 16, 2013**



In The

*Fourteenth Court of Appeals*

NO. 14-11-01092-CV

**MARK THORNTON AND DEBRA DEMPSEY THORNTON, Appellant**

**V.**

**AMANDA CASH AND DANA VARNEY, Appellee**

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2010-19565**

---

**O R D E R**

The clerk's record was filed February 3, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Motion for Enforcement of Post Judgment Temporary Orders and Order to Appear filed July 2, 2012; (2) Order on Motion for Clarification of Prior Order for Possession or Access signed September 28, 2012; (3) Docket sheet related to hearing on September 20, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 28, 2013, containing (1) Motion for Enforcement of

Post Judgment Temporary Ordersa nd Order to Appear filed July 2, 2012; (2) Order on Motion for Clarification of Prior Order for Possession or Access signed September 28, 2012; (3) Docket sheet related to hearing on September 20, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM